**Affirmed as Modified and Opinion Filed November 2, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**Nos. 05-22-01040-CR**
**05-22-01041-CR**
**05-22-01042-CR**
**05-22-01043-CR**
**05-22-01044-CR**

**ZKAVEON DEVANTE PLEASANT, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F17-52206, F17-52207, F17-70396,**
**F17-75256, and F17-75275**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Kennedy
Opinion by Justice Carlyle

Zkaveon Devante Pleasant appeals the revocation of his community

supervision and adjudication of guilt for the offenses of robbery, evading arrest, and

aggravated robbery. As modified below, we affirm in this memorandum opinion.

*See* TEX. R. APP. P. 47.4.

Appellant's counsel has filed a motion to withdraw that is supported by a brief

in which he professionally examines the record and applicable law then concludes

this appeal is frivolous and without merit. Specifically, counsel analyzes potential issues concerning (1) venue, (2) the applicable statutes of limitations, (3) appointment of counsel, (4) the indictment, (5) motions to revoke and adjudicate, (6) waiver of the right to a jury, (7) the sufficiency of the evidence, (8) objections and rulings, (9) admonitions, (10) the validity of the sentence, (11) effective assistance of counsel, and (12) the performed duties of appointed counsel. After an order from this Court, counsel supplemented the brief with additional details concerning sentencing.

We conclude counsel's amended brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), presents a professional evaluation of the record, and shows why there are no arguable grounds to advance on appeal. *See High v. State*, 573 S.W.2d 807, 812–13 (Tex. Crim. App. [Panel Op.] 1978) (determining whether brief meets requirements of *Anders*). Counsel certifies that he has provided Mr. Pleasant with a copy of the brief and his motion to withdraw. On May 23, 2023, this Court advised Mr. Pleasant of his right to file a pro se response, but he has not done so. *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (explaining right to file pro se response to *Anders* brief filed by counsel).

We have reviewed the record, the *Anders* brief filed by Mr. Pleasant's counsel, and the letter response filed by the State. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (identifying appellate courts' duties in *Anders* cases). We

agree the appeal is frivolous and without merit, and we find nothing in the record that might arguably support the appeal.

The State has asked us to modify the judgment below to reflect the amount of unpaid costs. *See* TEX. R. APP. P. 43.2(b); *Bigley v. State*, 865 S.W.2d 26, 27 (Tex. Crim. App. 1993) (en banc); *Asberry v. State*, 813 S.W.2d 526, 529–30 (Tex. App.—Dallas, pet. ref'd); TEX. CODE CRIM. PROC. art. 42.16. Here, the record reflects that (1) appellant was adjudicated guilty in five cases, (2) the trial court assessed $522.90 in costs in four of those cases (including F17-75275), (3) the trial court assessed $549.90 in one of those cases, and (4) appellant paid $298.90 in costs.

We therefore modify the judgment in F17-75275 (the highest category offense at issue) to reflect the fact that appellant has a total unpaid balance of $271.90 in costs for all of the cases below and affirm the judgment as modified.

221040f.u05

221041f.u05

221042f.u05

221043f.u05

221044f.u05

Do Not Publish
TEX. R. APP. P. 47.2(b)

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZKAVEON DEVANTE
PLEASANT, Appellant

No. 05-22-01040-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F17-52206.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.


Judgment entered this 2nd day of November, 2023.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZKAVEON DEVANTE
PLEASANT, Appellant

No. 05-22-01041-CR          V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F17-52207.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**AFFIRMED**.

Judgment entered this 2nd day of November, 2023.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZKAVEON DEVANTE
PLEASANT, Appellant

No. 05-22-01042-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F17-70396.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 2nd day of November, 2023.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

ZKAVEON DEVANTE
PLEASANT, Appellant

No. 05-22-01043-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. F17-75275.
Opinion delivered by Justice Carlyle.
Justices Smith and Kennedy
participating.

Based on the Court's opinion of this date, the judgment of the trial court is
**MODIFIED** to add the following:

Defendant has an unpaid balance of $271.90 in costs.

As **REFORMED**, the judgment is **AFFIRMED**.

Judgment entered this 2nd day of November, 2023.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

ZKAVEON DEVANTE PLEASANT, Appellant

No. 05-22-01044-CR     V.

THE STATE OF TEXAS, Appellee

On Appeal from the 194th Judicial District Court, Dallas County, Texas
Trial Court Cause No. F17-75256.
Opinion delivered by Justice Carlyle. Justices Smith and Kennedy participating.

Based on the Court's opinion of this date, the judgment of the trial court is **AFFIRMED**.

Judgment entered this 2nd day of November, 2023.